UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**
## JS-6

| Case No. | EDCV 23-00757-SPG-SK | Date | December 7, 2023 |
|---|---|---|---|
| Title | Shice Wang v. Jaddou Ur Mendoza et al | | |

Present: The Honorable **SHERILYN PEACE GARNETT**
**UNITED STATES DISTRICT JUDGE**

| Patricia Gomez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceeding:      (IN CHAMBERS)**

　　　　Pursuant to the order filed at docket no. [12] this matter is deemed administratively closed. Plaintiff shall file a notice of dismissal or a request and proposed order to reopen the case if deemed necessary after the stay period has expired.

　　　　**IT IS SO ORDERED.**

_____  :  _____

Initials of Preparer    pg